IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 04-cv–01735-REB-BNB

MICHELLE WRIGHT, and
KIMBERLY HALL,

    Plaintiffs,
v.

HARTFORD UNDERWRITERS INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On November 9, 2005, the parties filed a **Stipulation for Dismissal With Prejudice** [#19]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#19], filed on November 9, 2005, is **APPROVED**; and

2. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 9, 2005, at Denver, Colorado.

                      BY THE COURT:

                      s/ Robert E. Blackburn
                      Robert E. Blackburn
                      United States District Judge